VOGEL v. VOGEL.

(Supreme Court, Appellate Division, First Department.　October 13, 1911.)

DIVORCE (§ 269*)—NONPAYMENT OF ALIMONY—CONTEMPT.

　　In the absence of sufficient proof of demand for payment of alimony due, it is proper to refuse to punish a husband for nonpayment, with leave to renew the motion on a proper demand and proof of nonpayment.

　　[Ed. Note.—For other cases, see Divorce, Cent. Dig. § 758; Dec. Dig. § 269.*]

Appeal from Special Term, New York County.

Action by Flora Vogel against Louis Vogel. From an order denying a motion to punish defendant for contempt, plaintiff appeals. Affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and MILLER, JJ.

Jacob Marx, for appellant.

PER CURIAM. The order should be affirmed, without costs, upon the ground that the proof of demand for payment of the alimony due is insufficient; with leave, however, to the plaintiff to renew the motion upon a proper demand being made, and upon such additional papers as plaintiff may be advised.